UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| HAL BAXLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 7:24-cv-00130 |
| v. | ) | |
| | ) | |
| ADT SOLAR LLC; ENPHASE | ) | |
| ENERGY, INC.; and ENPHASE | ) | |
| SERVICE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND

Pursuant to M.D. Ga. Local Rule 6.1, all parties to the above-captioned action, by and through their respective counsel, stipulate as follows:

WHEREAS, on November 27, 2024, defendant ADT Solar LLC removed this action to the above-captioned Court;

WHEREAS, none of the defendants has yet responded to the Complaint filed in this action;

WHEREAS, pursuant to Fed. R. Civ. P. 81(c)(2)(C), the current deadline for each of the Defendants to respond to the Complaint is December 4, 2024;

The Parties HEREBY STIPULATE, by and through their respective counsel to extend the time for each of the Defendants to file its respective response to Plaintiff's Complaint by 30 days to January 3, 2025.

DATED this 3rd day of December, 2024.

Respectfully submitted,
**SHOOK, HARDY & BACON L.L.P.**

By: /s/ Caroline M. Gieser
Caroline M. Gieser
Georgia Bar No. 167916
1230 Peachtree Street, NE, Suite 1200
Atlanta, GA 30309
Telephone:  470-867-6000
Facsimile:  470-867-6001
cgieser@shb.com

*Attorneys for Defendant*
*ADT Solar LLC*

**SO STIPULATED:**

By: /s/ *Jason M. Ferguson*

Jason M. Ferguson
LAW OFFICE OF JASON FERGUSON, LLC, d/b/a
FERGUSON LAW GROUP
P.O. Box 887
Fortson, GA 31808
Telephone:  229-886-2421
jason@jmflegal.com

*Attorneys for Plaintiff*
*Hal Baxley*

By: /s/ *David B. Anderson*

David B. Anderson
LAW OFFICE OF DAVID B. ANDERSON, P.C.
50 Milk St, FL 16
Boston, MA 02108
Telephone: 617-982-0991
David@DBAndersonLaw.com

SO ORDERED this 9th day
of December, 2024.

W. Louis Sands, Sr. Judge
United States District Court

*Attorneys for Defendants Enphase Energy, Inc. and*
*Enphase Service Company*

2