## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| HAL BAXLEY, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-130 (WLS) |
| ADT SOLAR LLC, ENPHASE ENERGY, INC., and ENPHASE SERVICE COMPANY, | : |
| Defendants. | : |

### ORDER

Before the Court is Plaintiff's Notice of Dismissal of Defendants Enphase Energy, Inc. and Enphase Service Company (Doc. 11) ("Notice of Dismissal"), filed on March 3, 2025. Therein, Plaintiff notifies the Court of the voluntary dismissal without prejudice of Defendants Enphase Energy, Inc. and Enphase Service Company from this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]

For the purpose of completing the record, the Court hereby acknowledges and **CONFIRMS** Plaintiff's Notice of Dismissal (Doc. 11). Therefore, Defendants Enphase Energy, Inc. and Enphase Service Company are **DISMISSED, without prejudice,** from the above-captioned action. Accordingly, the Clerk of Court is **DIRECTED** to remove said Defendants from the Docket.

**SO ORDERED**, this 4th day of March 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] A review of the Docket shows that Defendants Enphase Energy, Inc. and Enphase Service Company have not filed an answer or otherwise appeared in this matter. Thus, dismissal is proper under Rule 41(a)(1)(A)(i).