**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| HAL BAXLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   CASE NO.:  7:24-CV-130 (WLS) |
| | : |
| ADT SOLAR LLC, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is the Parties' Joint Status Report (Doc. 21). Previously, the Court granted Defendant's Motion to Compel Arbitration (Doc. 14) and stayed this matter pending arbitration. (*See* Doc. 19). In doing so, the Court instructed the Parties to provide the Court with a status report regarding the status of the arbitration by October 6, 2025. The Parties timely filed the instant Joint Status Report on that date. The Parties now state that they intend to engage in informal case resolution in lieu of formal arbitration proceedings, and that should informal settlement negotiations fail, Plaintiff will initiate arbitration proceedings with the American Arbitration Association. (Doc. 21 at 1).

Upon review, the Court **ACCEPTS** the Parties' Joint Status Report (Doc. 21). The Parties are **ORDERED** to inform the Court, in writing, of the status of their settlement proceedings **within ninety (90) days** of the instant Order, or **by no later than Monday, January 12, 2026**. Should the Parties decide to initiate formal arbitration proceedings before that date, they shall inform the Court of that decision, in writing, immediately. Additionally, the Court finds it appropriate to continue the stay in this matter which will remain in place until further Order of the Court.

**SO ORDERED**, this 14th day of October 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
