**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| HAL BAXLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  7:24-CV-130 (WLS) |
| | : | |
| ADT SOLAR LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Parties' third Joint Status Report (Doc. 25), filed on April 14, 2026. Previously, on July 7, 2025, the Court granted Defendant's Motion to Compel Arbitration (Doc. 14) and stayed this matter pending arbitration. (Doc. 19). Since that time, the Court has instructed the Parties to provide the Court with status reports regarding the status of the arbitration and their efforts to informally resolve the case every ninety days. (Docs. 22 & 24). The Parties have timely complied with each of the Court's orders. (*See* Docs. 21, 23, & 25).

In the instant Status Report, the Parties reiterate that Plaintiff's primary dispute with Defendant ADT Solar has been resolved, and the remaining outstanding issue is securing a mutually-agreeable third-party contractor to perform the roof remediation work. The Parties again state that should informal settlement negotiations fail, Plaintiff will initiate arbitration proceedings with the American Arbitration Association.

Upon review, the Court **ACCEPTS** the Parties' latest Joint Status Report (Doc. 25). The Parties are again **ORDERED** to inform the Court, in writing, of the status of their settlement proceedings **within ninety (90) days** of the entry of this Order, or **by no later than Wednesday, July 15, 2026**. Should the Parties decide to initiate formal arbitration proceedings before that date, they shall inform the Court of that decision, in writing, immediately.

1

Additionally, the Court finds it appropriate to continue the stay in this matter which will remain in place until further Order of the Court.

**SO ORDERED**, this 16th day of April 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2