**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

HAL BAXLEY,

Plaintiff,

v.

ADT SOLAR LLC,

Defendant.

Case No.: 7:24-CV-00130-WLS

**ORDER**

Before the Court is the parties' fifth joint status report. (Doc. 29.) Previously, on July 7, 2025, the Court granted Defendant ADT Solar LLC's motion to compel arbitration and stayed this matter pending arbitration. (Doc. 19.) Since that time, the Court has instructed the parties to provide the Court with status reports regarding the status of the arbitration and their efforts to informally resolve the case every ninety days.

In the most recent status report, the parties again reiterate that they have resolved Plaintiff Hal Baxley's primary dispute with ADT Solar. (Doc. 29 at 1.) Baxley's only remaining issue is securing a mutually agreeable contractor to perform the roof remediation work. (*Id.*) The parties again state that they remain confident that they can resolve this dispute through informal negotiations. (*Id.*) If, however, the parties cannot resolve this dispute, Baxley will initiate arbitration proceedings with the American Arbitration Association. (*Id.*)

Upon review, the Court **ACCEPTS** the parties' joint status report, (Doc. 29), and allows them a final 90 days to resolve this dispute. The parties are **ORDERED** to inform the Court, in writing, of the status of their settlement proceedings within **90 days** of the entry of this Order, or by **Monday, January 25, 2027**. If the parties are unable to resolve their dispute by that time, they shall proceed to arbitration.

**SO ORDERED**, this 27th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**